1   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
    ANNIE VERDRIES, SB# 91049
2   650 Town Center Drive, Suite 1400
    Costa Mesa, California 92626
3   Telephone: (714) 545-9200
    Facsimile: (714) 850-1030
4   E-Mail: verdries@lbbslaw.com

5   Attorneys for Debtor and Debtor-in-Possession
    Lisa E. Fernandez
6

7                   UNITED STATES BANKRUPTCY COURT

8                   CENTRAL DISTRICT OF CALIFORNIA

9                        SANTA ANA DIVISION

10
    In re:                                    )   Case No.:  8:07- bk-11503-TA
11                                            )
    LISA E. FERNANDEZ,                        )
12                                            )   CHAPTER  11
                                              )
13        Debtor and Debtor-in-Possession     )
                                              )   Adv. Case No. 8:08-ap-01207-TA
14  _____  )
                                              )
15  SANFORD A. CARSON,                        )   DEBTOR/DEBTOR-IN-POSSESSION AND
                                              )   DEFENDANT LISA E. FERNANDEZ'
16        Plaintiff ,                         )   ANSWER TO PLAINTIFF'S COMPLAINT;
                                              )   AFFIRMATIVE DEFENSES AND
17  vs.                                       )   COUNTER-CLAIM
                                              )
18  LISA E. FERNANDEZ aka LISA E.             )
    CAVANAUGH; GREG FERNANDEZ,                )
19  individually and as trustee of THE        )   Status Conference
    FERNANDEZ FAMILY TRUST U/D/T              )
20  DATED AUGUST 15, 1995; NEST FEATHER)          Date:   August 28, 2008
    INVESTMENTS, INC.,                        )   Time:  10:00 a.m.
21                                            )   Ctrm:  5B
          Defendants.                         )
22                                            )
                                              )
23  _____  )

24

25        Debtor/ Debtor-in-Possession and Defendant, LISA E. FERNANDEZ  hereby answer

26  Plaintiff's Complaint and counter-claims as follows:

27  ///

28

4835-4752-5634.1                        -1-

*Left margin vertical text:* LEWIS BRISBOIS BISGAARD & SMITH LLP
650 TOWN CENTER DRIVE, SUITE 1400
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE (714) 545-9200

## MEMORANDUM OF POINTS AND AUTHORITIES

1)      Answering § 1 thereof, Defendants state that the allegations contained within this paragraph are  jurisdictional allegations as to which no response is required.  The allegations further are legal conclusions rather than factual allegations.  To the extent that a response is deemed necessary, the defendant denies the allegations, except that defendant admits that this court has jurisdiction and that this is a core proceeding.

2)      Answering § 2 thereof, Defendant admits the allegation contained within this paragraph.

3)      Answering § 3 thereof, Defendant admits that Greg Fernandez resides in Orange County, California and that he is the non-debtor spouse of Debtor.  Except as for these admissions, Defendant denies each and every other allegation contained within this paragraph.

4)      Answering § 4 thereof, Defendant admits that Nest Feather Investments, Inc. is a corporation.  Except for these admissions, Defendant denies each and every other allegation contained within this paragraph.

5)      Answering § 5 thereof, Defendant lacks sufficient information and belief sufficient to form a belief as to the truth of the allegations contained in said paragraph  and therefore, denies the same.

6)      Answering § 6 thereof, Defendant denies each and every allegation contained within this paragraph.

### FIRST CLAIM FOR RELIEF

7)      Plaintiff hereby incorporates by reference paragraphs 1 through 6, and realleges these paragraphs as though set forth in full.

8)      Answering § 8 thereof, Defendant admits each and every allegation contained within this paragraph.

9)      Answering § 9 thereof, Defendant lacks sufficient information and belief to admit or deny the allegations regarding Plaintiff's contentions, and based thereon, denies same.  Plaintiff denies that Greg Fernandez and/or Nest Feather, Inc. have equitable title or interest in the Property

LEWIS BRISBOIS BISGAARD & SMITH LLP
650 TOWN CENTER DRIVE, SUITE 1400
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE (714) 545-9200

1   and denies that the Property is not Debtor's separate property.  Defendant further denies that any

2   transfers of Property are subject to avoidance under 11 U.S.C. § 544, § 548 and/or § 550 or under

3   any other statutes, code or law.

4       10)    Answering § 10 thereof , Defendant denies each and every allegation contained

5   within this paragraph.

6       11)    Answering § 11 thereof , Defendant denies each and every allegation contained

7   within this paragraph.

8   **SECOND CLAIM FOR RELIEF**

9       12)    Plaintiff hereby incorporates by reference paragraphs 1 through 11, and realleges

10   these paragraphs as though set forth in full.

11       13)    Answering § 13 thereof, Defendant denies each and every allegation contained

12   within this paragraph.

13       14)    Answering § 14 thereof, Defendant denies each and every allegation contained

14   within this paragraph.

15       15)    Answering § 15 thereof, Defendant denies each and every allegation contained

16   within this paragraph.

17       16)    Answering § 16 thereof, Defendant denies each and every allegation contained

18   within this paragraph.

19       17)    Answering § 17 thereof, Defendant denies each and every allegation contained

20   within this paragraph.

21   **THIRD CLAIM FOR RELIEF**

22       18)    Answering § 18 thereof, Defendant hereby incorporates by reference paragraphs 1

23   through 17, and realleges these paragraphs as though set forth in full.

24       19)    Answering § 19 thereof, Defendant is without knowledge or information sufficient to

25   form a belief as to the truth of the allegations contained in said paragraph  and therefore, denies the

26   same.

27

28

LEWIS BRISBOIS BISGAARD & SMITH LLP
650 TOWN CENTER DRIVE, SUITE 1400
COSTA MESA, CALIFORNIA, 92626-1925
TELEPHONE (714) 545-9200

LEWIS BRISBOIS BISGAARD & SMITH LLP
650 TOWN CENTER DRIVE, SUITE 1400
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE (714) 545-9200

### FIRST AFFIRMATIVE DEFENSE

The plaintiff's complaint and each and every allegation contained therein fails to state a claim for which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff lacks standing to pursue the complaint and each claim for relief

### THIRD AFFIRMATIVE DEFENSE

Plaintiff lacks capacity to pursue the complaint and each claim for relief

### FOURTH AFFIRMATIVE DEFENSE

The Defendant is informed and believes and based thereon alleges that the claims alleged herein are barred by applicable statutes of limitation.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff and its attorney by filing and pursuing this action are violating the automatic stay.

### COUNTER -CLAIM AGAINST PLAINTIFF

Lisa Fernandez debtor and debtor-in-possession alleges as follows:

1.    Debtor filed a voluntary Chapter 11 bankruptcy petition on May 23, 2007.

2.    Debtor is a Debtor-in-Possession.

3.    As a result of the filing, an automatic stay is in force and effect.

4.    Plaintiff has actual knowledge that an automatic stay is in effect.

5.    Plaintiff has not sought relief from the automatic stay.

6.    Plaintiff intentionally violated the automatic stay by filing and pursuing the instant action causing actual damages to Debtor.

7.    Debtor is entitled to a judgment against plaintiff for the actual damages incurred in defending this action, including damages for emotional distress, attorneys fees and other damages according to proof.

///

///

///

LEWIS BRISBOIS BISGAARD & SMITH LLP
650 TOWN CENTER DRIVE, SUITE 1400
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE (714) 545-9200

WHEREFORE, defendant prays for judgment as follows:

1.    That plaintiff take nothing by way of her complaint;

2.    For costs of suit incurred herein;

3.    For such other and further relief as this court deems just and proper;

4.    For exemplary damages

5.    For a judgment against plaintiff for damages caused by the validity of the automatic stay.

8.    Debtor is entitled to exemplary damages in an amount to be determined by the court.

DATED: July _i_, 2008              **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By _____
      Annie Verdries
      Attorneys for Plaintiff/Debtor and Debtor-in-
      Possession Lisa  E.  Fernandez

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA, COUNTY OF ORANGE

3

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 650 Town Center Drive, Suite 1400, Costa

4

Mesa, California 92626.

5

On July ⌐, 2008, I served the following document described as: DEBTOR/DEBTOR-IN-POSSESSION AND DEFENDANT LISA E. FERNANDEZ' ANSWER TO PLAINTIFF'S

6

COMPLAINT , on all interested parties in this action by placing [X] a true copy   [  ] the original thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

7

[x]   (BY MAIL, 1013a, 2015.5 C.C.P.)

8

[  ]   I deposited such envelope in the mail at Costa Mesa, California. The envelope was

9

mailed with postage thereon fully prepaid.

10

[X]   I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S.

11

Postal Service on this date with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed

12

invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

13

[X]   (By CM/ECF) to registered ECF Users pursuant to General Order 06-03 and the CM/ECF

14

Administrative procedures Guide dated October 2006.

15

[  ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

16

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court

17

at whose direction the service was made.

18

Executed on July ⌐, 2008, at Costa Mesa, California.

19

20

Gaye M. Ambrosi

21

22

23

24

25

26

27

28

LEWIS BRISBOIS BISGAARD & SMITH LLP
650 TOWN CENTER DRIVE, SUITE 1400
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE (714) 545-9200

LEWIS BRISBOIS BISGAARD & SMITH LLP
650 TOWN CENTER DRIVE, SUITE 1400
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE (714) 545-9200

## SERVICE LIST

**Debtor**
Lisa Fernandez
4322 Hollow Tree Court
Yorba Linda, CA  92886

**Attorney for Plaintiff Sanford A. Carson**
Timothy Carl Aires
AIRES LAW FIRM
180 Newport Center Drive, Suite 260
Newport Beach, CA  92660


## VIA ECF

United States Trustee (SA)                    ustpregion16.sa.ecf@usdoj.gov

4835-4752-5634.1