Gregory Fernandez
22700 Savi Ranch Parkway, Ste. C
Yorba Linda, CA 92887
Telephone (714) 974-7711

In Pro Per



ORIGINAL

**FILED**

JUL - 7 2008

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk



UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | **Case No: 8:07-BK-11503-TA** |
| LISA E. FERNANDEZ | **CHAPTER 11** |
| Debtor and Debtor-in-Possession | |
| SANFORD A. CARSON, | **Adv. Case No. 8:08-ap-1207-TA** |
| Plaintiff, | **DEFENDANT GREG FERNANDEZ'S** |
| vs. | **ANSWER TO PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES** |
| LISA E. FERNANDEZ, aka LISA E. CAVANAUGH; GREG FERNANDEZ, individually and as trustee of THE FERNANDEZ FAMILY TRUST U/D/T DATED AUGUST 15, 1995; NEST FEATHER INVESTMENTS, INC., | |
| Defendants. | |

Defendant GREG FERNANDEZ, individually and as trustee of

THE FERNANDEZ FAMILY TRUST U/D/T DATED AUGUST 15, 1995

(hereinafter "Defendant") hereby answers Plaintiff's complaint

as follows:

-1-

## MEMORANDUM OF POINTS AND AUTHORITIES

1.    Answering ¶1 thereof, Defendant states that the allegations contained within this paragraph are jurisdictional allegations as to which no response is required. The allegations further are legal conclusions rather than factual allegations. To the extent that a response is deemed necessary, Defendant denies the allegations, except Defendant admits that this court has jurisdiction and that this is a core proceeding.

2.    Answering ¶2 thereof, Defendant admits the allegation contained within this paragraph.

3.    Answering ¶3 thereof, Defendant admits that he resides in Orange County, California, and that he is the non-debtor spouse of Debtor. Except for these admissions, Defendant denies each and every other allegation within this paragraph.

4.    Answering ¶4 thereof, Defendant admits that Nest Feather Investments, Inc. is a corporation. Except for these admissions, Defendant denies each and every other allegation contained within this paragraph.

5.    Answering ¶5 thereof, Defendant lacks sufficient information and belief sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore, denies the same.

6.    Answering ¶6 thereof, Defendant denies each and every allegation contained within this paragraph.

Defendant Greg Fernandez's Answer to Complaint

## **FIRST CLAIM FOR RELIEF**

7.   Answering ¶7 thereof, Defendant hereby incorporates by reference paragraphs 1 through 6 and realleges these paragraphs as though set forth in full.

8.   Answering ¶8 thereof, Defendant admits each and every allegation contained within this paragraph.

9.   Answering ¶9 thereof, Defendant lacks sufficient information and belief to admit or deny the allegations regarding Plaintiff's contentions, and based thereon, denies same. Defendant denies that he and/or Nest Feather Investments, Inc. have equitable title or interest in the subject property and denies that the subject property is not Debtor's separate property. Defendant further denies that any transfer of property are subject to avoidance under 11 U.S.C. §544, §548 and/or §550 or under any other statues, code or law.

10.  Answering ¶10 thereof, Defendant denies each and every allegation contained within this paragraph.

11.  Answering ¶11 thereof, Defendant denies each and every allegation contained within this paragraph.

## **SECOND CLAIM FOR RELIEF**

12.  Answering ¶12 thereof, Defendant incorporates by reference paragraphs 1 through 11, and realleges these paragraphs as though set forth in full.

13.  Answering ¶13 thereof, Defendant denies each and every allegation contained within this paragraph.

Defendant Greg Fernandez's Answer to Complaint

14.   Answering ¶14 thereof, Defendant denies each and every allegation contained within this paragraph.

15.   Answering ¶15 thereof, Defendant denies each and every allegation contained within this paragraph.

16.   Answering ¶16 thereof, Defendant denies each and every allegation contained within this paragraph.

17.   Answering ¶17 thereof, Defendant denies each and every allegation contained within this paragraph.

### THIRD CLAIM FOR RELEIF

18.   Answering ¶18 thereof, Defendant hereby incorporates by reference paragraphs 1 through 17, and realleges these paragraphs as though set forth in full.

19.   Answering ¶19, thereof, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and therefore, denies the same.

### FIRST AFFIRMATIVE DEFENSE

The Plaintiff's complaint and each and every allegation contained therein fails to state a claim for which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff lacks standing to pursue the complaint and each claim for relief.

Defendant Greg Fernandez's Answer to Complaint

### THRID AFFIRMATIVE DEFENSE

Plaintiff lacks capacity to pursue the complaint and each claim for relief.

### FOURTH AFFIRMATIVE DEFENSE

Defendant is informed and believes and based thereon alleges that the claims alleged in Plaintiff's complaint are barred by applicable statues of limitation.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff and his attorney by filing and pursuing this action are violating the automatic stay.

### SIXTH AFFIRMATIVE DEFENSE

Defendant is informed and believes, and based thereon alleges, that Defendant presently has insufficient knowledge or insufficient information upon which to form a belief as to whether he may have additional, yet unasserted, affirmative defenses. Defendant, therefore, reserves the right to assert additional affirmative defenses in the event discovery indicates it would be appropriate.

**WHEREFORE,** Defendant prays for judgment as follows:

1.    That Plaintiff take nothing by reason of the Complaint;

2.    That Answering Defendant be awarded his costs of suit, and

3.    For such other and further relief as the Court may deem just and proper.


Dated:   July 7, 2008

GREGORY FERNANDEZ, individually
and as Trustee of THE FERNANDEZ
FAMILY TRUST U/D/T/ DATED
AUGUST 15, 1995

-6-

# PROOF OF SERVICE

STATE OF CALIFORNIA      ) ss
COUNTY OF ORANGE         )

I served the foregoing document described as: **DEFENDANT GREG FERNANDEZ'S ANSWER TO PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES** on all interested parties in this action by placing a true copy of the original enclosed in a sealed envelope addressed as follows:

**Attorneys for Plaintiff**
Timothy Carl Aires, Esq.
Aires Law Firm
180 Newport Center Drive, Suite 260
Newport Beach, CA 92660
Tel. (949) 718-2020
Fax  (949) 718-2021

**Attorney for Debtor Lisa Fernandez**
Annie Verdries, Esq.
Lewis, Brisbois, Bisgaard & Smith, LLP
650 Town Center Drive, Suite 1400
Costa Mesa, CA 92626
Tel. (714) 545-9200
Fax  (714) 850-1030

**(XX) BY MAIL:**  I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Yorba Linda, CA. I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing stated in this affidavit.

**(XX) STATE.** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **July 7, 2008,** at Yorba Linda, California.

GREGORY FERNANDEZ

Defendant Greg Fernandez's Answer to Complaint